IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN
DISTRICT OF GEORGIA, ATLANTA DIVISION

| | |
|---|---|
| DONALD FOXWORTH, | ) |
| | ) |
|     PLAINTIFF, | ) |
| | ) |
| v. | )   1:11-cv-01891-CC -AJB |
| | ) |
| CAPITAL ONE BANK "DBA" CAP | ) |
| ONE CAPITAL ONE SERVICES, INC. | ) |
| | ) |
|     DEFENDANTS. | ) |

**DEFENDANT CAPITAL ONE BANK (USA), N.A.'S MOTION TO DISMISS**

Defendant identified in the Complaint as Capital One Bank "DBA" Cap One, properly known as Capital One Bank (USA), N.A. moves this Court pursuant to Fed.R.Civ.P. 12(b)(4) and (6) to dismiss Plaintiff Donald Foxworth's Complaint, stating as follows:

1.    The Summons served on Capital One is neither signed by the Clerk of Court, nor does it bear the Court's seal. As such, it fails to comply with the requirements of Rule 4 of the Federal Rules of Civil Procedure. <u>See</u> Fed.R.Civ.P. 4(a)(1)(F) and (G). In light of this fact, this action should be dismissed pursuant to Fed.R.Civ.P. 12(b)(4).

1928797 v1

2. The Complaint also fails to comply with the minimum pleading requirements of this Court. As such, the Complaint should be dismissed pursuant to Fed.R.Civ.P. 12(b)(6).

3. In further support of this Motion, Capital One relies on Defendant Capital One Bank (USA), N.A.'s Memorandum of Law in Support of Motion to Dismiss, which is being filed contemporaneously herewith, and is adopted and incorporated the same as if fully set forth herein.

WHEREFORE, Defendant Capital One Bank (USA), N.A. respectfully requests that this Court dismiss this action.

Dated July 5, 2011

> Respectfully Submitted,
>
> */s Joshua H. Threadcraft*
> Joshua H. Threadcraft (100495)
> Burr & Forman, LLP
> 420 North 20th Street, Suite 3400
> Birmingham, AL 35203
> Telephone:  (205) 251-3000
> Facsimile:  (205) 413-8701
> E-mail:     Joshua.Threadcraft@burr.com
>
> Attorney for Defendant Capital One Bank (USA), N.A.

## CERTIFICATE OF COUNSEL

I hereby certify that the foregoing **DEFENDANT CAPITAL ONE BANK (USA), N.A.'S MOTION TO DISMISS** has been prepared in Times New Roman, 14 pt. font, one of the font and point selections approved by the Court in Local Rule 5.1(b).

## CERTIFICATE OF SERVICE

I do hereby certify that on this the 5th day of July, 2011, I caused a copy of **Defendant Capital One Bank (USA), N.A.'s Motion to Dismiss** to be electronically filed with the Clerk of Court using the cm/ecf system, and that I caused a copy of the foregoing to be served via first class U.S. Mail, postage prepaid as follows:

Donald Foxworth
3841 Kensington Rd.
Decatur, GA 30032-1730

*/s Joshua H. Threadcraft*
Joshua H. Threadcraft