IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN
DISTRICT OF GEORGIA, ATLANTA DIVISION

| | | |
|---|---|---|
| Donald Foxworth, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:11-cv-01891-CC -AJB |
| | ) | |
| CAPITAL ONE BANK "DBA" CAP | ) | |
| ONE CAPITAL ONE SERVICES, INC. | ) | |
| | ) | |
|     Defendants. | ) | |

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT OF CAPITAL ONE BANK (USA), N.A.

Defendant identified in the Complaint as Capital One Bank "DBA" Cap One, properly known as Capital One Bank (USA), N.A. (Capital One) makes the following disclosure pursuant to Local Rule 3.3 of the Rules of the U.S. District Court for the Northern District of Georgia, stating as follows:

**(1)    The undersigned counsel of record for Capital One Bank (USA), N.A. certifies that the following is a full and complete list of all parties to this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:**

Plaintiff Donald Foxworth; Defendant Capital One Bank (USA), N.A. and Defendant identified as Capital One Services, Inc., properly known as Capital One Services, LLC. Capital One Bank (USA), N.A. is a wholly owned subsidiary of

1928812 v1

- 2 -

Capital One Financial Corporation, a publically traded company. Capital One Services, LLC is a limited liability company. It has one member, Capital One, N.A. Capital One, N.A. is the parent company of Capital One Services, LLC. Capital One, N.A. is a wholly owned subsidiary of Capital One Financial Corporation, a publically traded company.

**(2)     The undersigned further certifies that the following is a full and complete list of all other persons, associations of persons, firms, partnerships, or corporations (including those related to a party as a subsidiary, conglomerate, affiliate, or parent corporation) having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:**

Other than the parties hereto, and those entitles listed in response to No. 1 above, the attorneys and their law firm identified in response to No. 3 below, any person who may be identified by the other parties when they file(d) the Certificates of Interested Persons, Capital One is not aware of any other persons, associations, firms, partnerships, or corporations that may have either a financial interest in or other interest which could be substantially affected by the outcome of this particular case.

**(3)     The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:**

Capital One Bank (USA), N.A.  Joshua H. Threadcraft
                             Burr & Forman LLP

1928812 v1

- 3 -

Dated: July 5, 2011.

Respectfully Submitted,

*/s Joshua H. Threadcraft*
Joshua H. Threadcraft (119050)
Burr & Forman, LLP
420 North 20th Street, Suite 3400
Birmingham, AL 35203
Telephone:  (205) 251-3000
Facsimile:  (205) 413-8701
E-mail:        Joshua.Threadcraft@burr.com

Attorney for Defendant Capital One Bank
(USA), N.A.

## CERTIFICATE OF COUNSEL

I hereby certify that the foregoing **CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT OF CAPITAL ONE BANK (USA), N.A.** has been prepared in Times New Roman, 14 pt. font, one of the font and point selections approved by the Court in Local Rule 5.1(b).

1928812 v1

- 4 -

## CERTIFICATE OF SERVICE

I do hereby certify that on this the 5th day of July, 2011, I caused a copy of **CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT OF CAPITAL ONE BANK (USA), N.A** to be electronically filed with the Clerk of Court using the cm/ecf system, and that I caused a copy of the foregoing to be served via first class U.S. Mail, postage prepaid as follows:

Donald Foxworth
3841 Kensington Rd.
Decatur, GA 30032-1730

*/s Joshua H. Threadcraft*
Joshua H. Threadcraft

1928812 v1